ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| The General Electric Company | ) | ASBCA No. 62750 |
| | ) | |
| Under Contract No. FA8626-16-C-2138 *et al.* | ) | |

APPEARANCES FOR THE APPELLANT:     Kathryn T. Muldoon Griffin, Esq.
Gregory A. Smith, Esq.
  Smith Pachter McWhorter PLC
  Vienna, VA

APPEARANCES FOR THE GOVERNMENT:     Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Samuel W. Morris, Esq.
Amelia R. Lister-Sobotkin, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Chantilly, VA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 7 days of the date of this Order.

Dated: September 15, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62750, Appeal of The General Electric Company, rendered in conformance with the Board's Charter.

Dated: September 16, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals